IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JAMES ANTIONE FAULKNER,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 4:17cv0290-JAJ<br><br><br><br>**ORDER** |

This matter comes before the court pursuant to the petitioner's August 7, 2017 Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody [Dkt. 1] and the government's March 12, 2018 response to that petition. [Dkt. 3] In its response, the government states that it agreed to the grant of relief to the petitioner in Indiana pursuant to 28 U.S.C. § 2241. The government further concedes that the petitioner is entitled to be resentenced on Count 1 of the Indictment. *United States v. James Antione Faulkner*, 3:08cr0074 (S.D. Iowa).

Upon the foregoing,

**IT IS ORDERED** that the petition in this matter is granted to the extent that the petitioner shall be resentenced on Count 1 of the Indictment in case 3:08cr0074 (S.D. Iowa). The clerk shall enter judgment accordingly.

**DATED** this 3rd day of April, 2018.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA